Form G-8

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In Re   Colberg Trucking, LLC          )
                                       )
                                       )        Bankruptcy No.   BK Case No. 18-81064
                                       )
                   Debtor.             )        Chapter          12

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
## (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____ Steinhilber Swanson LLP _____

Authorized to Provide Professional Services to: _____ Colberg Trucking, LLC _____

Date of Order Authorizing Employment: _____ June 1, 2018, effective May 14, 2018 _____

Period for Which Compensation is Sought:

From _____ May 14 _____, ___2018___ through _____ December 5 _____, ___2018___

Amount of Fees Sought:   $ 6,571.00 _____

Amount of Expense Reimbursement Sought:   $ 0.00 _____

This is an:       Interim Application _____          Final Application __✓__

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|------------|----------------|-----------------------------------|---------------------------------|---------------------------------|
|            |                |                                   |                                 |                                 |

Dated: ____ December 5, 2018 ____               _____ /s/ Claire Ann Resop _____
                                                                (Counsel)

(Rev 11/19/10)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | |
|---|---|
| In the Matter of: | BK Case No. 18-81064 |
| Colberg Trucking, LLC | Chapter 12 |
| Debtor. | Judge Thomas M. Lynch |

**NOTICE OF FIRST AND FINAL APPLICATION FOR ALLOWANCE
AND PAYMENT OF FEES OF DEBTOR'S COUNSEL
COLBERG TRUCKING, LLC**

**To:    All Creditors, U.S. Trustee, and Debtor:**

PLEASE TAKE NOTICE that the law firm of Steinhilber Swanson LLP ("Applicant" or "Steinhilber"), counsel for Colberg Trucking, LLC, in this case, has applied to the Court for a final order allowing and authorizing payment of compensation from the estate for services, in the amount set forth below.   A copy of the First and Final Application for Allowance and Payment of Fees of Debtor's Counsel (the "Fee Application"), can be obtained either electronically from or at the office of the Bankruptcy Clerk of Courts whose address is listed below, or can be obtained by requesting copies from the undersigned.

The Application requests final approval of all fees incurred from May 14, 2018 to December 5, 2018 (the "Fee Period"), and authorization for payment of all approved amounts. The Applicant is requesting that the Court:

A.  Approve, as final, Applicant's compensation for the Fee Period under the provisions of 11 U.S.C. § 330 in the amount of $6,571.00 in professional fees;

B.  Determine that $6,571.00 is due and owing to the Applicant as an administrative priority claim, which represents the unpaid portion of the allowed final fees;

C.  Authorize Debtor to disburse funds to Steinhilber Swanson LLP as the final total

amount awarded hereunder.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Applicant's Fee Application, or if you want the Court to consider your views on the matter, then no later than **21 days from the date of this Notice**, you or your attorney must:

1.  File with the Court a written objection at:

Clerk of the U. S. Bankruptcy Court
327 South Church Street
Rockford, IL 61101

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

2.  You must also mail a copy to:

Office of the U. S. Trustee
780 Regent St., #304
Madison, WI  53715-2635

Attorney Claire Ann Resop
Steinhilber Swanson LLP
122 W. Washington Ave., Suite 850
Madison, WI  53703

Lydia Meyer
Chapter 12 Trustee
P.O. Box 14127
Rockford, IL  61105-4127

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Fee Application and may enter an Order granting that relief awarding the requested compensation and expense reimbursement.

Dated this 5th day of December, 2018.

**STEINHILBER SWANSON LLP**

By:     Claire Ann Resop
Attorneys for the Debtor
122 W. Washington Ave., Suite 850
Madison, WI 53703
TEL:   (608) 630-8990 FAX: (608) 630-8991

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | |
|---|---|
| In the Matter of: | BK Case No. 18-81064 |
| Colberg Trucking, LLC | Chapter 12 |
| Debtor. | Judge Thomas M. Lynch |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE
AND PAYMENT OF FEES OF DEBTOR'S COUNSEL
COLBERG TRUCKING, LLC**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure and Local Rule 5082-1, the law firm of Steinhilber Swanson LLP ("Applicant" or "Steinhilber") applies to the Court for an Order approving and authorizing payment to Steinhilber for the professional legal services Steinhilber has rendered as counsel for Colberg Trucking, LLC ("Debtor") in the amount of $6,571.00 in professional fees for the period May 14, 2018 through December 5, 2018. In support of this Application, Steinhilber respectfully represents as follows:

**Jurisdiction and Background**

1.    On May 14, 2018 (the "Petition Date"), Debtor filed a voluntary petition under Chapter 12 of Title 11 of the U.S.C. (the "Bankruptcy Code").

2.    The Debtor is a trucking business operated by Brian and Jodi Colberg.

3.    The Debtor is continuing in possession of its property, and operating and managing its business as Debtor in possession.

4.    The Debtor in this Chapter 12 case retained Applicant as bankruptcy counsel to aid them in the advancement of this case.  The application to employ Applicant and the Order

approving that application are on file herein.

5.    On June 7, 2018, the court entered an Order Granting Motion for and Order Directing Joint Administration of Debtors' Chapter 12 Cases, that this case would be jointly administered with the Brian and Jodi Colberg case, Case No. 18-81032.

6.    Applicant has not filed any prior fee applications in this case.

7.    Compensation for the Debtor's representation is upon the fee basis authorized and approved by this Court, and all services for which compensation is requested was performed for or on behalf of the Debtor.

## Fee Period Request

8.    This Fee Application requests final approval of fees and expenses in this case accruing during the period from May 14, 2018 through December 5, 2018 (the "Fee Period").

9.    The regular hourly rates for attorneys and paraprofessionals of the firm who performed work on this case ranged from $160-$475 per hour during the Fee Period.

10.    During the Fee Period, Applicant expended 25.7 hours on this case. Based upon the hourly rates stated above and the time expended by Applicant, the value of the services rendered by Applicant during that time period was $6,571.00 (the "Fee Award") earned by Applicant during the Fee Period.

11.    An itemization of the fees incurred in this matter, in chronological order, from May 14, 2018 through December 5, 2018, the Fee Period, is attached hereto as Exhibit A and incorporated herein.

12.    An itemization of the fees incurred in this matter, by activity, during the Fee Period, is attached hereto as Exhibit B and incorporated herein.

13.    A list of all attorneys, professionals and paraprofessionals with a summary of the total hours expended and compensation sought during the Fee Period is attached hereto as Exhibit C and incorporated herein.

14.    Applicant is experienced in bankruptcy matters and in Chapter 12 proceedings. Applicant's hourly rates are in conformity with the rates charged by similarly situated bankruptcy counsel.

15.    This Fee Application is submitted in conformity with the standards set forth in this district, which this Court uses in assessing the propriety of bankruptcy attorneys' fees. The standards include the time and labor required, the novelty and difficulty of the questions, the skill requisite to perform the legal service properly, the preclusion of other employment by the attorney due to acceptance of this case, the customary fees charged for like cases, whether the fee is fixed or contingent, time limitations imposed by the client or other circumstances, the amount involved and the results obtained, the experience, reputation, and ability of the attorney, the nature and length of the professional relationship with the client, and awards in similar cases.

16.    Under the standards enumerated above, the Fee Award represents the reasonable value of the services rendered by Applicant as bankruptcy counsel for the Debtor in this case during the Fee Period.

17.    This is the final application for fees of the Applicant, and Applicant is therefore requesting final approval and payment for all fees incurred in this matter.

**Plan Funding and Payment of Compensation Awarded**

18.    Applicant asserts that the Fee Award awarded hereunder constitutes an administrative priority claim, which will be paid pursuant to the terms of the plan confirmed in this case by the

Order Confirming Debtor's Second Amended Chapter 12 Plan of Reorganization entered November 15, 2018 [Docket 137] in the main case of Brian and Jodi Colberg, Case No. 18-81032.

19.    All services for which compensation is requested by Applicant were performed for, or on behalf of the Debtor, and not on behalf of any committee, creditor, or other person.

20.    There is no agreement or understanding between the Debtor and any other person, other than principals of Applicant, for the sharing of compensation to be received for services rendered in this case.

WHEREFORE, Applicant prays that the Court enter an Order as follows:

A.    Approve, as final, Applicant's compensation for the Fee Period under the provisions of 11 U.S.C. § 330 in the amount of $6,571.00 in professional fees for the period May 14, 2018 through December 5, 2018 for Colberg Trucking, LLC;

B.    Determine that $6,571.00 is due and owing to the Applicant as an administrative priority claim, which represents the unpaid portion of the allowed final fees of Colberg Trucking, LLC;

C.    Authorize Debtor to disburse funds to Steinhilber Swanson LLP, pursuant to the terms of the plan, in the final total amount awarded hereunder as to Colberg Trucking, LLC; and

D.    For any other relief the Court deems just and appropriate.

Dated this 5th day of December, 2018.

STEINHILBER SWANSON LLP

By:    Claire Ann Resop
       Attorneys for the Debtor
       122 W. Washington Ave., Suite 850
       Madison, WI 53703
       TEL:  (608) 630-8990
       FAX:  (608) 630-8991